Form B 250E (12/09)

# United States Bankruptcy Court
# Northern District Of California

In re  Cosentino Winery, LLC,  )  Case No. 10-14006
      Debtor*  )
                                                     )  Chapter  7
                                                   )

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

    A petition under title 11, United States Code was filed against you in this bankruptcy court on October 18, 2010, requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

    YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

                Address of the clerk:  United States Bankruptcy Court
                                          99 South E Street
                                          Santa Rosa, CA 95404

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

        Name and Address of Petitioner's Attorney:

| | | |
|---|---|---|
| Steven M. Olson, | James R. Rose | David W. Creeggan |
| Law Office of Steven M. Olson | Law Offices of James R. Rose | Trainor Fairbrook |
| Aty for California First Leasing Corp. | Aty for Mustards Grill, Inc. | Aty for LCPV VinREIT, LLC |
| 100 E St. #214 | 1500 Railroad Ave. | 980 Fulton Ave. |
| Santa Rosa, CA 95404 | St. Helena, CA 94574 | Sacramento, CA 95825 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

                                                                 Gloria Franklin    (Clerk of the Bankruptcy Court)

Date: October 19, 2010                       By:  Katie Andersen    (Deputy Clerk)

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R. Bankr. P. 1005).

# CERTIFICATE OF SERVICE

I, _____ (name), certify that on _____ (date), I served this summons and a copy of the involuntary petition on _____ (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

 

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____  Signature _____

    Print Name :     _____

    Business Address:     _____

    _____