UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Cosentino Winery, LLC

Case No. 10-14006
Chapter 7

Debtor
_____/

## STATEMENT OF PETITIONING CREDITOR REGARDING CORPORATE OWNERSHIP

[X] The following entities directly or indirectly own 10% or more of any class of the creditor's equity interest:

Name: California First National Bancorp
Address: 18201 Von Karman Ave., Suite 800, Irvine, CA 92612

Name: Patrick Paddon
Address: 18201 Von Karman Ave., Suite 800, Irvine, CA 92612

Name: Glen Tsuma
Address: 18201 Von Karman Ave., Suite 800, Irvine, CA 92612

Name: _____
Address: _____

(For additional names, attach an addendum to this form)

[ ] There are no entities that directly or indirectly own 10% or more of any class of the creditor's equity interest.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/20/10

/s/ [signature]
Signature of Authorized Individual
For Corporation Petitioning Creditor

S. Leslie Jewett
Print Name

Chief Financial Officer
Title