BLANK ROME LLP
Sara L. Chenetz (SBN 206936)
chenetz@blankrome.com
Peter Jazayeri (SBN 199626)
jazayeri@blankrome.com
925 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (424) 239-3400
Facsimile: (424) 239-3434

Attorneys for PHYSICIANS RECIPROCAL INSURERS

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re:<br><br>COSENTINO WINERY, LLC<br><br>Alleged Debtor. | Case No. 10-14006<br><br>**Chapter 7 (Involuntary)**<br><br>**PHYSICIANS RECIPROCAL INSURER'S MOTION FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. § 362(d)(2)**<br><br>**Hearing Date:**<br>**Date: December 9, 2010[1]**<br>**Time: 9:00 a.m.**<br>**Place: Hon. Alan Jaroslovsky**<br>**99 South E Street**<br>**Santa Rosa, CA 95404** |

    Physicians Reciprocal Insurers ("PRI") hereby files its Motion for Relief From Stay Pursuant to 11 U.S.C. §§ 362(d)(2) (the "Motion"), pursuant to which PRI requests an Order terminating the automatic stay as to certain real property owned by Cosentino Winery, LLC ("Debtor") located at 7415 St. Helena Highway in Yountville, California (the "Property"), on which PRI holds a first priority lien and in which Debtor retains no equity.

---

[1] Physicians Reciprocal Insurer is concurrently filing a Motion for Order Shortening Time, pursuant to which it requests that the Court set the Motion for Relief From Stay on November 15, 2010 at 1:30 p.m. or as soon as the Court can hear the matter.

1

MOTION FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. § 362(d)(2)
132210.01400/95032540v.1

The Motion is made on the grounds that PRI is entitled to relief from stay pursuant to 11 U.S.C. § 362(d)(2). PRI is the lender on certain loans to the Debtor that are secured by first priority liens on certain of Debtor's personal property. PRI alleges that there appears to be no equity with respect to the Debtor's Property, that PRI is not adequately protected, that the Debtor's Property is not necessary for an effective reorganization because the Debtor has no reasonable prospects of reorganizing, and that cause exists, in that the Debtor has been in default for nearly 18 months and PRI is not receiving any payments on its loans, and that it would be unfair and inequitable to delay PRI in the foreclosure of its interests in the subject property. PRI's argument is detailed further in the accompanying memorandum of points and authorities in support of the Motion.

The Motion is based on this Notice of Hearing, the Memorandum of Points and Authorities in Support Thereof, the Declaration of Joseph Anania, the Relief From Stay Cover Sheet, all records and documents filed in the bankruptcy case in connection with the Motion, the arguments of counsel, and other admissible evidence properly brought before the Court.

WHEREFORE, pursuant to the Motion, PRI requests the following:

(1) For an Order granting the Motion, that PRI be granted relief from stay to exercise its rights and remedies to foreclose on and/or take possession of the debtor's Property and finding that the filing of the bankruptcy petition did not in any way toll or otherwise delay PRI's non-judicial foreclosure remedies;

(2) For an Order waiving the 14-day stay provided by Bankruptcy Rule 4001(a)(3);

(3) For an Order binding and effective regardless of Debtor's response, if any, to the involuntary petition; and

(4) For further relief as the Court deems appropriate.

Date: November 8, 2010     BLANK ROME LLP

By: /s/ Peter F. Jazayeri
Sara L. Chenetz
Peter F. Jazayeri
Attorneys for PHYSICIANS RECIPROCAL INSURERS

2

MOTION FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. § 362(d)(2)
132210.01400/95032540v.1
Case: 10-14006   Doc# 5   Filed: 11/08/10   Entered: 11/08/10 18:23:51   Page 2 of 2