BLANK ROME LLP
Sara L. Chenetz (SBN 206936)
chenetz@blankrome.com
Peter Jazayeri (SBN 199626)
jazayeri@blankrome.com
1925 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (424) 239-3400
Facsimile: (424) 239-3434

Attorneys for PHYSICIANS RECIPROCAL INSURERS

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SANTA ROSA DIVISION

| | |
|---|---|
| In re: | Case No. 10-14006 |
| COSENTINO WINERY, LLC | **Chapter 7 (Involuntary)** |
| Debtor. | **ORDER GRANTING PHYSICIANS RECIPROCAL INSURER'S *EX PARTE* MOTION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. § 362(d)(2)** |

ORDER GRANTING *EX PARTE* MOTION FOR ORDER SHORTENING TIME

This matter came before the Court without a hearing upon consideration of Physicians Reciprocal Insurers ("PRI")'s Motion For Order Shortening Time For Hearing (the "Shortened Notice Request") On Motion for Relief From Stay Pursuant to 11 U.S.C. § 362(d)(2) (the "Motion"). Based upon the Court's review of the Shortened Notice Request, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The Shortened Notice Request is granted.

2. A hearing will be held on the Motion at on November 15, 2010, at 1:30 p.m. Opposition may be raised orally at the time of the hearing.

3. PRI shall serve notice of entry of this Order IMMEDIATELY by email, facsimile, or overnight mail upon each party-in-interest that has appeared in the case and will be affected by the relief sought in the Motion, including the petitioning creditors, all parties requesting special notice in this case, the potentially affected lienholders, and the U.S. Trustee.

Dated: November 9, 2010

Alan Jaroslovsky
United States Bankruptcy Judge

ORDER GRANTING *EX PARTE* MOTION FOR ORDER SHORTENING TIME

132210.01400/95032547v.1