UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re

COSENTINO WINERY, LLC,

    Debtor.
_____/

Case No. 10-14006
(Chapter 7)

**STATEMENT OF PETITIONING CREDITOR MUSTARDS GRILL, INC.,
REGARDING CORPORATE OWNERSHIP**

STATEMENT OF PETITIONING CREDITOR MUSTARDS GRILL, INC.,
REGARDING CORPORATE OWNERSHIP - Page 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Cosentino Winery, LLC

Case No. 10-14006
Chapter 7

Debtor
_____/

STATEMENT OF PETITIONING CREDITOR REGARDING
CORPORATE OWNERSHIP

[X] The following entities directly or indirectly own 10% or more of any class of the creditor's equity interest:

Name: Sean Knight
Address: 565 main St St. Helena CA 94574

Name: Cindy Pawlcyn
Address: 565 main St St. Helena CA 94574

Name: _____
Address: _____

Name: _____
Address: _____

(For additional names, attach an addendum to this form)

[ ] There are no entities that directly or indirectly own 10% or more of any class of the creditor's equity interest.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/19/2010

/s/ *signature*
Signature of Authorized Individual
For Corporation Petitioning Creditor

Sean Knight
Print Name

CFO & Vice President
Title