UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

Cosentino Winery, LLC,

Case No.: 10-14006
Chapter: 7

Debtor(s). /

ORDER FOR RELIEF IN AN INVOLUNTARY CASE

On consideration of the petition filed on October 18, 2010 against the above-named debtor and there being no timely filed response, an order for relief under Chapter 7 of the Bankruptcy Code (title 11 of the United States Code) is granted.

Dated: November 9, 2010

Alan Jaroslovsky
U.S. Bankruptcy Judge

# CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed deputy clerk of the United States Bankruptcy Court for the Northern District of California, at Santa Rosa, hereby certify:

That I, in the performance of my duties as such clerk, served a copy of the foregoing document by depositing it in the regular United States mail at Santa Rosa, California on the date shown below, in a sealed envelope bearing the lawful frank of the Bankruptcy Judge, addressed as listed below.

Dated: November 9, 2010                    By : _____Katie Andersen_____
                                                    Katie Andersen
                                                    Deputy Clerk

Cosentino Winery, LLC
7415 St. Helena Highway
Yountville, CA 94599

David W. Creeggan
Trainor Fairbrook
980 Fulton Ave.
Sacramento, CA 95825

James R. Rose
Law Offices of James R. Rose
1500 Railroad Ave.
St. Helena, CA 94574