1  VICTOR HARRIS (State Bar No. 57237)
   LAW OFFICES OF VICTOR HARRIS
2  1050 Northgate Drive, Suite 360
   San Rafael, CA  94903-2541
3  Telephone:  (415) 479-8000
   Facsimile:  (415) 479-8111
4  Email:       vhlaw@prodigy.net

5  Attorneys for Lessor and Creditor
   LaCHANCE FINANCIAL SERVICES, INC.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

| | |
|---|---|
| In Re:<br><br>COSENTINO WINERY, LLC,<br><br>COSENTINO SIGNATURE ENTERPRISES, LTD., LLC,<br><br>         Debtors. | Chapter 7<br><br>CASE NO.  10-14006<br><br>CASE NO.  10-14008<br><br>(Jointly Administered under Case No. 10-14006)<br><br>**NOTICE OF ENTRY OF ORDER GRANTING MOTION FOR ORDER APPROVING STIPULATION BY AND BETWEEN LaCHANCE FINANCIAL SERVICES, INC. AND CHAPTER 7 TRUSTEE FOR RELIEF FROM THE AUTOMATIC STAY TO ALLOW LaCHANCE FINANCIAL SERVICES, INC. TO TAKE POSSESSION OF AND LIQUIDATE LEASED PERSONAL PROPERTY**<br><br>**[This Notice Relates to Debtor COSENTINO SIGNATURE ENTERPRISES, LTD., LLC]** |

TO THE DEBTORS, THE TRUSTEE, THE U.S. TRUSTEE, THE PETITIONING CREDITORS, ALL OTHER PARTIES-IN-INTEREST WHO HAVE APPEARED IN THIS CASE, AND THEIR RESPECTIVE ATTORNEYS OF RECORD, IF ANY:

815801                                  1
NOTICE OF ENTRY OF ORDER GRANTING MOTION FOR ORDER APPROVING STIPULATION BY AND BETWEEN LaCHANCE FINANCIAL SERVICES, INC. AND CHAPTER 7 TRUSTEE FOR RELIEF FROM THE AUTOMATIC STAY TO ALLOW LaCHANCE FINANCIAL SERVICES, INC. TO TAKE POSSESSION OF AND LIQUIDATE LEASED PERSONAL PROPERTY

Case: 10-14006    Doc# 37    Filed: 12/16/10    Entered: 12/16/10 11:52:35    Page 1 of 7

1     PLEASE TAKE NOTICE that on December 14, 2010, the above-entitled Court entered

2     the following Order, a true entered copy of which is attached hereto:

3     **ORDER GRANTING MOTION FOR ORDER APPROVING STIPULA-
      TION BY AND BETWEEN LaCHANCE FINANCIAL SERVICES, INC.
4     AND CHAPTER 7 TRUSTEE FOR RELIEF FROM THE AUTOMATIC
      STAY TO ALLOW LaCHANCE FINANCIAL SERVICES, INC. TO
5     TAKE POSSESSION OF AND LIQUIDATE LEASED PERSONAL
      PROPERTY.**

6

7     The Motion and Stipulation referenced in the Order were filed as Docket Nos. 29 and 28,

8     respectively, in Case No. 10-14008 before the Court ordered that Case No. 10-14008 be jointly

9     administered with Case No. 10-14006, "with all pleadings to be filed in" Case No. 10-14006.

10
                                                    LAW OFFICES OF VICTOR HARRIS
11

12

13    Dated:  December 16, 2010           By:    /s/ Victor Harris
                                                  VICTOR HARRIS
14                                                Attorneys for Lessor and Creditor,
                                                  LaCHANCE FINANCIAL
15                                                SERVICES, INC.

815801                                     2
NOTICE OF ENTRY OF ORDER GRANTING MOTION FOR ORDER APPROVING STIPULATION BY AND BETWEEN LaCHANCE
FINANCIAL SERVICES, INC. AND CHAPTER 7 TRUSTEE FOR RELIEF FROM THE AUTOMATIC STAY TO ALLOW LaCHANCE
FINANCIAL SERVICES, INC. TO TAKE POSSESSION OF AND LIQUIDATE LEASED PERSONAL PROPERTY

Case 10-14006    Doc# 37    Filed 12/16/10    Entered 12/16/10 11:52:35    Page 2 of 7

VICTOR HARRIS (State Bar No. 57237)
LAW OFFICES OF VICTOR HARRIS
1050 Northgate Drive, Suite 360
San Rafael, CA 94903-2541
Telephone: (415) 479-8000
Facsimile: (415) 479-8111
Email: vhlaw@prodigy.net

Attorneys for Lessor and Creditor
LaCHANCE FINANCIAL SERVICES, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

In Re:
 COSENTINO WINERY, LLC,

 COSENTINO SIGNATURE
 ENTERPRISDES, LTD., LLC.
           Debtors.

) CASE NO. 10-14006
) CASE NO. 10-14008
) Chapter 7
) (Jointly Administered under 10-14006)
) **ORDER GRANTING MOTION FOR**
) **ORDER APPROVING STIPULATION**
) **BY AND BETWEEN LaCHANCE**
) **FINANCIAL SERVICES, INC. AND**
) **CHAPTER 7 TRUSTEE FOR RELIEF**
) **FROM THE AUTOMATIC STAY TO**
) **ALLOW LaCHANCE FINANCIAL**
) **SERVICES, INC. TO TAKE**
) **POSSESSION OF AND**
) **LIQUIDATE LEASED PERSONAL**
) **PROPERTY**

Upon consideration of Lessor and Creditor LaChance Financial Services, Inc.'s ("LFSI") Motion for Order Approving Stipulation by and Between LaChance Financial Services, Inc. and Chapter 7 Trustee for Relief From the Automatic Stay to Allow LaChance Financial Services, Inc. to Take Possession of and Liquidate Leased Personal Property filed in this case as Docket No. 29 (the "Motion"), the Stipulation by and Between LaChance Financial Services, Inc. and Chapter 7 Trustee for Relief From the Automatic Stay to Allow LaChance Financial Services, Inc. to Take Possession of and Liquidate Leased Personal Property filed in

815801

1

ORDER GRANTING MOTION FOR ORDER APPROVING STIPULATION BY AND BETWEEN LaCHANCE FINANCIAL SERVICES, INC. AND CHAPTER 7 TRUSTEE FOR RELIEF FROM THE AUTOMATIC STAY TO ALLOW LaCHANCE FINANCIAL SERVICES, INC. TO TAKE POSSESSION OF AND LIQUIDATE LEASED PERSONAL PROPERTY

Case: 10-14006   Doc# 37   Filed: 12/16/10   Entered: 12/16/10 11:52:35   Page 3 of 7

1 | this case as Docket No. 28 (the "Stipulation"), and LFSI's Request for Entry of Order by
2 | Default Granting the Motion filed in Case No. 10-14006, as Docket No. 33, and good cause
3 | appearing,
4 |     IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:
5 |     1.    LFSI's Motion is granted.
6 |     2.    The Stipulation is approved in its entirety.
7 | Dated: December 14, 2010

Alan Jaroslovsky
United States Bankruptcy Judge

815801
2
ORDER GRANTING MOTION FOR ORDER APPROVING STIPULATION BY AND BETWEEN LaCHANCE FINANCIAL SERVICES, INC. AND CHAPTER 7 TRUSTEE FOR RELIEF FROM THE AUTOMATIC STAY TO ALLOW LaCHANCE FINANCIAL SERVICES, INC. TO TAKE POSSESSION OF AND LIQUIDATE LEASED PERSONAL PROPERTY

Case: 10-14006    Doc# 34    Filed: 12/14/10    Entered: 12/14/10 13:31:51    Page 2 of 2
Case: 10-14006    Doc# 37    Filed: 12/16/10    Entered: 12/16/10 11:52:35    Page 4 of 7

# CERTIFICATE OF SERVICE

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Marin, State of California. I am employed in the office of LAW OFFICES OF VICTOR HARRIS, Victor Harris is a member of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 1050 Northgate Drive, Suite 360, San Rafael, California 94903-2541.

On December 16, 2010, I served true copy(ies) of the attached **NOTICE OF ENTRY OF ORDER GRANTING MOTION FOR ORDER APPROVING STIPULATION BY AND BETWEEN LaCHANCE FINANCIAL SERVICES, INC. AND CHAPTER 7 TRUSTEE FOR RELIEF FROM THE AUTOMATIC STAY TO ALLOW LaCHANCE FINANCIAL SERVICES, INC. TO TAKE POSSESSION OF AND LIQUIDATE LEASED PERSONAL PROPERTY** to the party(ies) listed on the attached service list.

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such document(s) were placed in envelopes addressed to the party(ies) listed on the attached service list for whom no electronic mail address is listed for collection and mailing with postage thereon fully prepaid at San Rafael, California, on that same day following ordinary business practices.

☒ BY CM/ECF NOTICE OF ELECTRONIC FILING: I also caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered ECF users set forth in the service list obtained from this Court. Those parties and/or counsel have an electronic mail address on the attached service list.

I certify under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on December 16, 2010, at San Rafael, California.

      /s/ Donna Casey Adamo
      DONNA CASEYADAMO

# SERVICE LIST

| U.S. Mail Address | Electronic Mail Address |
|---|---|
| Debtor in Case No. 10-14008<br>Cosentino Signature Enterprises, Ltd., LLC<br>7415 St. Helena Highway<br>Yountville, CA  94599 | |
| Debtor in Case No. 10-14006<br>Cosentino Winery, LLC<br>7415 St. Helena Highway<br>Yountville, CA  94599 | |
| Attorneys for Trustee<br>Reidun Stromsheim<br>Stromsheim & Associates<br>201 California Street, Suite 350<br>San Francisco, CA  94111 | rstromstheim@stromsheim.com |
| Attorneys for Petitioning Creditor<br>California First Leasing Corp.<br>Steven M. Olson<br>Law Offices of Steven M. Olson<br>100 E Street, #214<br>Santa Rosa, CA  95404 | smo@smolsonlaw.com |
| Attorneys for Petitioning Creditor<br>Mustards Grill, Inc.<br>James R. Rose<br>Law Offices of James R. Rose<br>1500 Railroad Avenue<br>St. Helena, CA  94574 | |
| Attorneys for Petitioning Creditor<br>Republic Bank, Inc.<br>John H. MacConaghy<br>MacConaghy and Barnier<br>645 1st Street W #D<br>Sonoma, CA  95476 | macclaw@macbarlaw.com |
| Michael D. Good<br>South Bay Law Firm<br>21535 Hawthorne Blvd., Suite 210<br>Torrance, CA  90503-6616 | mgood@southbaylawfirm.com |
| Attorneys for Petitioning Creditor<br>LCPV VinREIT, LLC<br>David W. Creeggan<br>Trainor Fairbrook<br>980 Fulton Avenue<br>Sacramento, CA  95825 | dcreeggan@trainorfairbrook.com |

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Attorney for Physicians Reciprocal Insurers | |
| | Sara L. Chenetz | Chenetz@BlankRome.com |
| 2 | Blank Rome LLP | |
| | 1925 Century Park East, Suite 1900 | |
| 3 | Los Angeles, CA 90067 | |
| 4 | U.S. Trustee | |
| | Office of the U.S. Trustee/SR | USTPRegion17.SF.ECF@usdoj.gov |
| 5 | 235 Pine Street, Suite 700 | ltroxas@hotmail.com |
| | San Francisco, CA 94104 | |
| 6 | | |
| | Trustee | |
| 7 | Jeffry Locke | JLtrustee@aol.com |
| | 530 Alameda Del Prado #396 | |
| 8 | Novato, CA 94949 | |

CERTIFICATE OF SERVICE