REIDUN STRØMSHEIM # 104938
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235
rstromsheim@stromsheim.com

Attorneys for Trustee,
JEFFRY G. LOCKE

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>COSENTINO WINERY, LLC<br><br>Tax ID# 11-1111111<br><br>Debtor | Case No. 10-14006<br>Chapter 7<br><br>(Jointly Administered with<br>  bankruptcy case No. 10-14008) |

### ORDER SHORTENING TIME

The *ex parte* application by Jeffry G. Locke, the duly appointed trustee in the two Cosentino cases, for an order shortening the time to give notice of the estate's sale of the existing liquor license of Cosentino Winery, LLC, to Vintage Wine Estates, Inc., for the sum of $10,000, be shortened to ten (10) days has been presented to this Court, adequate notice thereof having been given, and good cause appearing, therefor

IT IS HEREBY ORDERED that the time to give notice to the sale of the liquor license is shortened to ten (10) days.

DATED: January 4, 2011

Alan Jaroslovsky
U.S. Bankruptcy Judge