REIDUN STRØMSHEIM # 104938
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California  94111
Telephone:    (415) 989-4100
Fax:                (415)  989-2235
rstromsheim@stromsheim.com

Attorneys for Trustee,
JEFFRY G. LOCKE

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>COSENTINO WINERY, LLC<br><br>Tax ID# 11-1111111<br><br>Debtor | Case No. 10-14006<br>Chapter 7<br><br>(Jointly Administered with<br>   bankruptcy case No. 10-14008)<br><br>Date: January 14, 2010<br>Time: 10 a.m. |

## **APPLICATION FOR ORDER APPROVING SALE OF LIQUOR LICENSE**

TO THE HONORABLE CHIEF JUDGE, ALAN JAROSLOVSKY:

COMES NOW, Jeffry G. Locke, the duly appointed trustee in the two Cosentino cases, and requests that the Court Consider the application and declaration filed in support of the shortening of time, ECF No. 42 and 43,  as the basis for approving the sale. The Trustee has nothing further to add in support of the application.

WHEREFOR the Trustee requests that the sale reflected in the above referenced documents be approved.

DATED:       January 4, 2011

STROMSHEIM & ASSOCIATES

_____/s/_____ Reidun Strømsheim
Attorneys for Trustee,
JEFFRY G. LOCKE